954

ROSEMARY G. LORENTZ, Appellant, v. ROBERT F. LEZETTE, Respondent. — MEMORANDUM BY THE COURT.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by the court.